**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION at CHATTANOOGA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CASE NO. 1:13-bk-13184-SDR** |
| **ELBERT DONALD WALKER** | ) | |
| **RHONDA PITTS WALKER** | ) | |
| | ) | **CHAPTER 7** |
| Debtor(s). | ) | |

**APPLICATION TO APPOINT REALTORS**

Comes now James R. Paris, Trustee, by and through counsel, and applies to the Court to be allowed to employ the real estate team of Tim Coleman and John Mitchum of Re/Max Renaissance Realtors to professionally market the two tracts of land located on Goodwin Road in Chattanooga for sale to benefit the estate.  These tracts are recorded in the Hamilton County Register of Deeds Office at Book 7653, Page 194, and Book 7975, Page 0705 and further described as Parcel Nos. 159A B 021.01 and 159A B 021.  Coleman and Mitchum are professional realtors with an expertise in evaluating and selling commercial land for development.   The Trustee believes that the services of a realtor are necessary in order to sell this property for the greatest benefit of the estate.  The realtor fee associated with marketing this property is 8% of the total sales price, which would be paid at closing following property notice and further orders of this Court.  The Court had previously given the Trustee approval to employ another realtor to market these properties for sale, but that listing has since expired.  Realtors Tim Coleman and John Mitchum and their company Re/Max Renaissance Realtors are disinterested parties in the sale or disposition of this property.

WHEREFORE, the Trustee prays that he be allowed to employ Tim Coleman and John Mitchum of Re/Max Renaissance Realtors to sell this property of the estate.

Respectfully submitted,

By: /s/Nancy A. Cogar
Nancy A. Cogar, BPR No. 032035
Law Offices of Richard P. Jahn, Jr.
1200 Mountain Creek Road, Suite 160
Chattanooga, TN  37405
(423) 870-2125 *phone,* (423) 870-2129 *fax*

*Attorney for Trustee*

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that a copy of this **APPLICATION TO APPOINT REALTOR** was served upon the parties listed below by ECF or by placing them in the United States Mail with sufficient postage to carry it to its destination on this 15th day of February, 2016.

/s/Nancy A. Cogar

U.S. Trustee                              (ECF)
31 East 11th Street, 4th Floor
Chattanooga, TN 37402

Michael Mason Thomas, Esq.        (ECF)
The Law Office of Michael M. Thomas
5850 Caney Ridge Circle
Ooltewah, TN 37363

Robert E. Barnes, Esq.                (ECF)
601 South Figueroa Street
Suite 4050
Los Angeles, CA 90017

*Attorneys for Debtors*

Don and Rhonda Walker              (Mail)
2281 Red Tail Lane
Chattanooga, TN 37421